# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:11cr112/LAC

JAY FULTON,

_____/

## **ORDER**

Before the Court is Defendant's letter response (doc. 130) to the Court's June 14, 2013, Order directing Defendant to provide further detail regarding exemptions he intended to claim on the funds in his 401(k) savings account, which he had earlier agreed to forfeit as payment towards restitution. Defendant had filed an earlier response which addressed only his request for a hearing; because he had identified no exemptions, the Court entered an Order on July 1, 2013, denying the request for a hearing. However, it is now apparent to the Court that Defendant's current letter response is in fact his timely response to the Court's directive to identify exemptions. Accordingly, the July 1 Order denying Defendant's hearing request is suspended pending further proceedings.

In his letter response, Defendant asserts 1) that his 401(k) account should be exempt from levying under 18 U.S.C. § 3613; 2) that his account should be subject to the Consumer Credit Protection Act (CCPA), 15 U.S.C. § 1673, and therefore that the Government should

be limited in some fashion to 25% of the funds as they are extracted; and 3) that his wife is entitled to 50% of the account as an item of community property under Colorado law. In its own perusal of the file, the Court finds no indication that Defendant's wife was provided notice of the forfeiture of the savings account or of the Writ of Execution levied against the account.

Although a hearing on the matter is ordinarily be required, and the matter may be transferred to the district in which the debtor resides if the debtor so requests, the Government may prevent transfer by establishing good cause to deny it. *See United States v. Mathews*, 793 F.Supp.2d 72, 75-76 (D.D.C. 2011).

Accordingly it is **ORDERED:**

1. Within fifteen (15 ) days from the date of this Order, the Government shall file a response to Defendant's response that also addresses the issues raised in this Order.

2. Within this same time period, the Government shall submit a proposed Order that transfers the matter to the appropriate District Court in Colorado, so that such Order may be expediently issued should transfer become necessary.

**ORDERED** on this 15th day of July, 2013.

                                                      s/ *L.A. Collier*
                                                      Lacey A. Collier
                                       Senior United States District Judge