IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                            Case No.: 3:11cr112/LAC

JAY S. FULTON

    Defendant.

_____/

**O R D E R**

Before the Court is the Government's Motion to Withdraw Writ of Execution (doc. 139), the subject of the writ being funds in Defendant's 401(k) savings account which would be applied towards payment of restitution imposed as part of Defendant's criminal conviction. The Government evidently seeks to have the matter returned to this jurisdiction so that it may effect the forfeiture under a different procedure than what has thus far been implemented.

Because this matter was transferred to the District of Colorado on August 5, 2013, this Court no longer has jurisdiction over it. The Government should seek relief in the District of Colorado.

Accordingly, it is **ORDERED:**

The Government's Motion to Withdraw Writ of Execution (doc. 139) is **DENIED** without prejudice.

**ORDERED** on this 10th day of January, 2014.

*s/ L.A. Collier*
Lacey A. Collier
Senior United States District Judge