UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-00084-WYD-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAY S. FULTON,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      THIS MATTER is before the Court on the Government's Motion To Withdraw Writ Of Execution [ECF No. 13].  After careful consideration, it is

      ORDERED that the Government's motion [ECF No. 13] is **GRANTED** and the Writ of Execution [ECF No. 4] is **WITHDRAWN**.

      Dated:  April 11, 2014.