UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-00084-WYD-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAY S. FULTON,

      Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      THIS MATTER is before the Court on the Government's Motion To Close [ECF No. 15].  After careful consideration, it is

      ORDER that the motion [ECF No. 15] is **GRANTED** and this action is **CLOSED**.

      Dated:  May 14, 2014.